FILED
97 MAY -6 AM 10: 02
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| RONNIE MULLINAX, | ) |
| Plaintiff, | ) ) ) |
| vs | ) CIVIL ACTION NO. 96-G-3005-NE ) |
| EARTH-GRAINS BANKING COMPANIES, INC. d/b/a COLONIAL BAKING COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

ENTERED
MAY 6 1997

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, this action is due to be dismissed with prejudice. An appropriate order will be entered.

DONE, this 5th day of May, 1997.

_____
J. FOY GUIN, JR.,
SENIOR JUDGE